**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Thomas Lawrence

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS LAWRENCE,

Plaintiff,

v

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

No. CV10-01296 RZ

[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff the amount of THREE THOUSAND TWO HUNDRED DOLLARS and NO CENTS ($3,200.00) for attorney fees and THREE HUNDRED SIXTY NINE DOLLARS and NO CENTS ($369.00) for costs, as authorized by 28 U.S.C. § 2412(d)~~, subject to the terms of the above-referenced Stipulation.~~

Dated:November 2, 2011

THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF MARTIN TALLER

/s/ Troy Monge

______________________________

Troy D. Monge
Attorney for Plaintiff Thomas Lawrence